AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| ANDREW LAWRENCE COATES | ) Case No. 3:19-mj-98 |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 21, 2019__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(A) | Possession with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a controlled substance. |

This criminal complaint is based on these facts:
See Attachment.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Charles A. Vill, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/21/2019

_____
Judge's signature

City and state: Dayton, Ohio

Michael J. Newman, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

Now comes Charles A. Vill, Special Agent, Drug Enforcement Administration ("DEA"), being duly sworn, deposes and states the following.

1. I am an "Investigative or Law Enforcement Officer" of the DEA within the meaning of Title 21, United States Code, Section 878. Therefore, I am empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 21 of the United States Code.

2. I am a Special Agent with the United States Drug Enforcement Administration (DEA), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code, Section 878. The information contained in this Affidavit is either personally known by me or relayed to me by other law enforcement officers involved in this investigation. I have been employed as a Special Agent with the DEA since August 2016. In September 2016, I attended the DEA Academy which consisted of 20 weeks of training in conducting federal drug trafficking investigations, handling confidential sources, conducting undercover operations, conducting mobile, static, foot and electronic surveillance, conducting tactical entry and vehicle arrest operations, defensive tactics, firearms, and additional aspects of conducting DEA lead investigations. I have been assigned to the DEA Dayton Resident Office since April 2017. Prior to employment with the DEA, I was a sworn Law Enforcement Officer of the State of Georgia who was charged with the duty to investigate criminal activity and enforce the criminal laws of the State of Georgia, and employed by the Cobb County Police Department from December 2011 to August 2016. During my employment with the Cobb County Police Department I was assigned to the Marietta-Cobb-Smyrna Organized Crime Task Force Intelligence Unit (MCS Intelligence). For approximately two years (2012-2014), I was assigned to the Cobb County Police Precinct 3 Morning Watch. I was then assigned to MCS Intelligence from April 2014 to August 2016. My duties included investigations of violations of the Georgia Controlled Substances Act, Murder for Hire, Extortion, Prostitution and Pimping, Human Trafficking, and Criminal Street Gangs.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. This affidavit is submitted in support of an application for criminal complaint against **ANDREW LAWRENCE COATES** for a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) namely possession with the intent to distribute 500 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a controlled substance.

# PROBABLE CAUSE

5. The DEA Dayton Resident Office is conducting an investigation into an Ohio based drug trafficking organization, which is distributing methamphetamine, among other drugs, in the Southern District of Ohio. During the investigation, agents identified **ANDREW LAWRENCE COATES** as a member of this drug trafficking organization.

6. During the months of January and February 2019, members of the DRO used recorded telephone calls, audio and video surveillance, electronic surveillance of telephone devices, traffic stops, and other investigative techniques to identify 4050 Myron Avenue, Dayton, Ohio as the primary residence used by **COATES** to live in and receive bulk shipments of illegal narcotics. A federal search warrant was issued for 4050 Myron Avenue, Dayton, Ohio.

7. On February 21, 2019, this investigation culminated in Members of DRO conducting search warrants at 4050 Myron Avenue, Dayton, Ohio.

8. On February 21, 2019, investigators conducted a search warrant of the residence located at 4050 Myron Avenue. During the search of the residence, members of the DRO located **COATES** and placed him in custody without incident. Members of the DRO located a room in the basement of the residence that appeared to be used for the purpose of processing drugs, which contained heat shrink bags, electronic scales, an electronic money counter, several empty bags with residue, and a clear plastic bag containing a crystal like substance suspected to be methamphetamine which weighed approximately 597.1 grams. Members of the DRO conducted a field-test of the crystal like substance which returned positive for the presence of methamphetamine, a controlled substance. Additionally, members of the DRO located a Taurus 9mm handgun, and a small clear plastic bag containing a white powder substance in the master bedroom nightstand, drawer.

9. While conducting the search of 4050 Myron Ave, members of the DRO conducted an interview with **COATES**. At the initiation of the interview, **COATES** signed a Miranda waiver, and agreed to speak to investigators. During the interview, **COATES** stated that the methamphetamine located in the basement was his, and he believed it to be just more than one pound. Additionally, **COATES** stated the gun in the nightstand was his, and he believed the clear plastic bag found with the gun was approximately one ounce of cocaine.

10. Based on the aforementioned, I respectfully request that the Court issue criminal complaint against **ANDREW LAWRENCE COATES** for a violation of 21 U.S.C.

§§ 841(a)(1) and (b)(1)(A) namely, possession with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a controlled substance.

_____
Charles A. Vill, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 21st day of February 2018.

_____
Hon. MICHAEL J. NEWMAN
United States Magistrate Judge